AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ZAVIER RASARD SMEDLEY,

Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 122-064

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 15, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, final judgment is hereby entered in favor of the Acting Commissioner, and this civil action stands closed.



March 15, 2023
Date

John E. Triplett, Clerk of Court
Clerk

*Candy Askell*
(By) Deputy Clerk

GAS Rev 10/2020