IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ZAVIER RASARD SMEDLEY, )
)
    Plaintiff- Appellant, )
) CASE NO.   1:22-CV-64
v. )
) Appeal No. 23-11217-A
ACTING COMMISSIONER OF THE SOCIAL )
SECURITY ADMINISTRATION )
)
)
    Defendant - Appellee. )

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this 24th day of AUGUST, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA